ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR 05-00219DAE |
| --- | --- | --- |
| Plaintiff(s), | ) | Order of Reassignment |
| vs. | ) | |
| John Michael Waldroupe, | ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 9 2005

at 10 o'clock and 00 min. __ M
SUE BEITIA, CLERK

## ORDER RE-ASSIGNING CASE

Good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled case originally assigned to the Honorable David Alan Ezra is reassigned to the Honorable J. Michael Seabright.

DATED at Honolulu, Hawaii on DEC 2 9 2005.

Helen Gillmor
Chief, United States District Judge

cc: